# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN M. REEDY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-CV-02056 |
| vs. | : | (Complaint Filed 11/3/11) |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Caputo) |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Joan M. Reedy and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Joan M. Reedy social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Fully develop the record, conduct a new administrative hearing and appropriately evaluate the medical evidence and the credibility of Joan M. Reedy.

3. The motion to vacate order on motion to supplement (Doc. 12) is deemed moot.

4. The Clerk of Court shall close this case.

                                                s/A. Richard Caputo
                                                A. RICHARD CAPUTO
                                                United States District Judge

Dated: April 1, 2013